# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JACK FLYNN**                                                                                          **PLAINTIFF**

**VS.**                                            **3:13-CV-00089-BRW**

**FRONTLINE ASSET STRATEGIES, LLC.**                                **DEFENDANT**

## ORDER

It appears that the parties have settled the dispute from which this action arose.[1] Accordingly, this case is DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Plaintiff's Motion for Extension of Time to File Dismissal (Doc. No. 4) is DENIED as moot.

IT IS SO ORDERED this 16th day of July, 2013.


                                             /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 3.